UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-00489-CR-UNGARO

UNITED STATES OF AMERICA,

vs.

MICHAEL ALCENAT,

        Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on Defendant's Motion to Dismiss the Petition for Warrant or Summons for Offender Under Supervision. D.E. 37. The matter was referred to Magistrate Judge Garber, who on October 10, 2007, issued a Report (D.E. 51) recommending that the Motion be granted. The matter is ripe for disposition and no objections to the Report have been filed.

Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 51) is RATIFIED, AFFIRMED AND ADOPTED. It is further

ORDERED AND ADJUDGED that Defendant's Motion to Dismiss the Petition for Warrant or Summons for Offender Under Supervision (D.E. 37) is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of October, 2007.

                                URSULA UNGARO
                                UNITED STATES DISTRICT JUDGE

copies provided: counsel of record